IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:13-CR-229-4-JEC-JSA |
| JAVIER MUNOZ RUIZ | : |
| | : |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY** [1]

The defendant, JAVIER MUNOZ RUIZ, by consent, has appeared before the undersigned and has entered a plea of guilty to **COUNTS ONE and TWO** of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. The undersigned therefore **RECOMMENDS** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED** this 2nd day of June, 2014

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

---

[1] Failure to file written objections to this Report and Recommendation within FOURTEEN (14) days after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).