```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                                CRIMINAL CASE NO.

v.

                                1:13-cr-229-04-JEC-JSA

JAVIER MUNOZ RUIZ,

    Defendant.

## **ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [125] recommending accepting defendant's plea of guilty tendered on May 28, 2014. No objections to the Report and Recommendation [125] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [125] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Two of the Indictment.

SO ORDERED, this 18th day of July, 2014.

                                          /s/ Julie E. Carnes
                                          JULIE E. CARNES
                                          CHIEF UNITED STATES DISTRICT JUDGE