FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 0 3 2019

James n. Hatten, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAVIER MUNOZ RUIZ,                    :
                                      :
        Movant                        :    CRIMINAL ACTION FILE NO.
                                      :    1:13-CR-229-4-ODE-JSA
v.                                    :
                                      :    CIVIL ACTION FILE NO.
UNITED STATES OF AMERICA,             :    1:17-CV-1856-ODE-JSA
                                      :
        Respondent                    :

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed June 28, 2019 ("R&R") [Doc. 229]. No objections have been filed.

After a thorough analysis, Judge Anand recommends that Movant's § 2255 motion be denied and that a certificate of appealability be denied. Specifically, the Magistrate Judge found that Movant is not entitled to relief on any of his claims.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 221] is DENIED and a Certificate of Appealability is DENIED.

SO ORDERED, this ___3___ day of December, 2019.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE